UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MIGUEL SCHOOLER,

    Defendant.

_____/

Hon. Phillip J. Green

Case No. 1:21-mj-00410

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged in a Criminal Complaint with conspiracy to possess with intent to distribute and to distribute controlled substances in violation of 21 U.S.C. §§ 846 (a)(1) and 841 (a)(1); and use of a communication facility to facilitate drug trafficking offenses in violation of 21 U.S.C.§843(b). Given that probable cause was found in a preliminary hearing due to defendant's waiver of the hearing and the nature of the charges, there is a statutory rebuttable presumption in favor of detention.

The government sought defendant's detention on the basis the he is a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on August 23, 2021, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral

submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record the Court finds that defendant has rebutted the presumption of detention regarding risk of non-appearance, but not as to danger to the community. The Court also finds, as explained on the record, that the government has sustained its burden by clear and convincing evidence that he is a danger to the community. Further, the Court finds that there is no condition or combination of conditions of release that will ensure the safety of the community.  Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on August 23, 2021.

                                               /s/ Phillip J. Green
                                              PHILLIP J. GREEN
                                              United States Magistrate Judge